# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2006

130641

EULA WASHINGTON, as Personal
Representative of the Estate of Lisa B.
Griffin,
        Plaintiff-Appellee,

v

SINAI HOSPITAL OF GREATER
DETROIT, d/b/a SINAI-GRACE
HOSPITAL, DETROIT MEDICAL
CENTER, DR. KUNTA, THOMAS
PISKOROWSKI, D.O., and
DR. AL-SAYAD,
        Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130641
COA: 253777
Wayne CC: 03-330934-NM

On order of the Court, the application for leave to appeal the December 1, 2005 judgment of the Court of Appeals is considered, and it is GRANTED. The parties are directed to include among the issues to be briefed: (1) whether a successor personal representative is entitled to her own two-year savings period in which to file a complaint under MCL 600.5852 if the first personal representative served a full two-year term, and (2) whether a subsequent complaint filed by a successor personal representative is barred by res judicata and MCR 2.116(C)(7) or MCR 2.504(B)(3) if the first personal representative filed a complaint.

The Michigan Trial Lawyers Association and the Michigan Defense Trial Counsel, Inc. are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2006

Clerk

l0718